1

2

3

4

5

6

7

8

9

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  COLLINS CHARO CAPITAL LLC,<br><br>11  Plaintiff,<br><br>12  v.<br><br>13  JANET LOUISE YELLEN, et al.,<br><br>14  Defendants. | Case No. 1:24-cv-01321-SAB<br><br>FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSAL OF ACTION<br><br>ORDER DIRECTING CLERK OF THE COURT TO RANDOMLY ASSIGN A DISTRICT JUDGE<br><br>(ECF No. 1)<br><br>**OBJECTIONS DUE WITHIN THIRTY DAYS** |

17

18      On October 29, 2024, a complaint was filed naming Collins Charo Capital LLC as the

19  Plaintiff.  (ECF No. 1.)  The complaint purports to be signed by "Collins Charo Capital, LLC."

20  (Id.)  Multiple civil cover sheets were affixed to the complaint and signed with a note that the

21  unidentified signatory is "UCC 1-308" and a "[p]arty without attorney."  (Id. at 7-9.)  The filing

22  fee has been paid in full in this action.  (ECF No. 2.)

23      The Court recommends this action be dismissed as "[a] corporation or other entity may

24  appear only by an attorney."  L.R. 183(a); see also D–Beam Ltd. P'ship v. Roller Derby Skates,

25  Inc., 366 F.3d 972, 973–74 (9th Cir. 2004) ("It is a long-standing rule that corporations and other

26  unincorporated associations must appear in court through an attorney") (quotations and citation

27  omitted); Caveman Foods, LLC v. jAnn Payne's Caveman Foods, LLC, No. CV 2:12-1112 WBS

28  DAD, 2015 WL 6736801, at *2 (E.D. Cal. Nov. 4, 2015) ("While individuals may appear *in*

1

1   *propria persona*, corporations and other entities may appear only through an attorney; an

2   unrepresented entity cannot file any pleadings, make or oppose any motions, or present any

3   evidence to contest liability.").

4        There is no indication the individual who completed and signed the complaint is a

5   licensed attorney.   To the contrary, the civil cover sheet was signed by a "[p]arty without

6   attorney" on behalf of Collins Charo Capital LLC.  (ECF No. 1 at 7-9.)  A non-lawyer may only

7   appear in this Court *in propria persona* on his own behalf and entities may appear only by

8   attorney.  L.R. 183(a).  As an unrepresented entity like Collins Charo Capital LLC cannot

9   proceed in this action *pro se* regardless of any payment of the filing fee, the Court recommends

10   that this action be dismissed.  The Court will afford the unrepresented entity thirty days to file

11   objections, or, alternatively, to retain counsel and file a notice of attorney.  Because Collins

12   Charo Capital LLC may choose to proceed in this matter through representation by a licensed

13   attorney, the Court recommends dismissal without prejudice.

14        Accordingly, based on the foregoing, IT IS HEREBY RECOMMENDED that the

15   complaint filed on October 29, 2024 (ECF No. 1) be dismissed without prejudice.

16        These findings and recommendations are submitted to the district judge assigned to this

17   action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 304.  Within **thirty (30)**

18   **days** of service of these recommendations, the parties may file written objections to the findings

19   and recommendations with the Court limited to 15 pages in length, including any exhibits.  Such

20   a document should be captioned "Objections to Magistrate Judge's Findings and

21   Recommendations."   The District Judge will review the Magistrate Judge's findings and

22   recommendations pursuant to 28 U.S.C. § 636(b)(1)(C).  The parties are advised that failure to

23   file objections within the specified time may result in the waiver of rights on appeal.  Wilkerson

24   v. Wheeler, 772 F.3d 834, 839 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394

25   (9th Cir. 1991)).

26   / / /

27   / / /

28   / / /

1    IT IS FURTHER ORDERED that the Clerk of the Court is DIRECTED to randomly

2    assign this matter to a District Judge.

3

4    IT IS SO ORDERED.

5    Dated:    **October 30, 2024**

UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28